PROB 12C
(7/93)

Report Date: July 14, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Larry Brian Maine | Case Number: 0980 2:13CR06058-001 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 3, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Steal Government Property, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison 10 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James A. McDevitt | Date Supervision Commenced: October 6, 2014 | |
| Defense Attorney: | TBD | Date Supervision Expires: October 5, 2017 | |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/02/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On July 7, 2015, Larry Brian Maine knowingly submitted a false written statement wherein he denied the use of a prohibited controlled substance following the submission of a urine drug test. On July 12, 2015, the test was confirmed positive for the use of methamphetamine. |
| 4 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On July 7, 2015, Larry Brian Maine submitted to urine drug testing which tested positive for the use of methamphetamine. |

Prob12C
Re: Maine, Larry Brian
July 14, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/14/2015

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/14/15
Date