PROB 12C
(7/93)

Report Date: March 10, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 10 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Larry Brian Maine | Case Number: 0980 2:13CR06058-001 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 3, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Steal Government Property, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison 10 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | James A. McDevitt | Date Supervision Commenced: October 6, 2014 | |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: October 5, 2017 | |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On December 1, 2015, Larry Brian Maine was charged with driving while license suspended, 3rd degree, Grant County District Court docket number 5Z0305699. The case is pending. |
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On February 16, 2016, Larry Brian Maine submitted to urine drug testing which tested positive for the use of methamphetamine. |
| 3 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On February 22, 2016, Larry Brian Maine failed to report for urine drug testing as instructed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/10/2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/10/16
Date